# United States Court of Appeals
## For the First Circuit

No. 08-1043

MARA SABINSON,

Plaintiff, Appellant,

v.

TRUSTEES OF DARTMOUTH COLLEGE,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on September 12, 2008, should be amended as follows:

On page 7, line 4:  after "(1st Cir. 2002)", add ", <u>cert. denied</u>, 539 U.S. 937 (2003)".

On page 7, line 8:  delete one space after "affidavits".

On page 8, line 4:  change "non-discriminatory" to "nondiscriminatory".

On page 8, footnote 2, line 2:  insert space after "(2000)".

On page 8, footnote 2, line 5:  change "<u>Eastman Kodak</u>" to "<u>Eastman Kodak Co.</u>".

On page 8, footnote 2, line 6:  after "(1st Cir. 1999)", add ", <u>cert. denied</u>, 528 U.S. 1161 (2000)".

On page 8, line 14:  after "(1st Cir. 1993)", add ", <u>cert. denied</u>, 511 U.S. 1018 (1994).".

P. 9, l. 16:  after "(1st Cir. 1994)", add ", <u>cert. denied</u>, 514 U.S. 1108 (1995).".